UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF LOUISIANA

RICHARD THOMAS                    * CIVIL ACTION NO.

VERSUS                            * DISTRICT JUDGE:

UNITED STATES GOVERNMENT,     * MAGISTRATE JUDGE:
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, ADAM ALLEN,
N.P.
================================================================

**COMPLAINT FOR DAMAGES**

TO THE HONORABLE, THE JUDGES OF EASTERN DISTRICT OF LOUISIANA,

UNITED STATES OF AMERICA:

**Parties, Jurisdiction and Venue**

The complaint of RICHARD THOMAS, a person of the full age of

majority, and a resident and domiciliary of New Orleans, Louisiana,

respectfully represents the following, to-wit:

1.

Made defendants herein are the UNITED STATES OF AMERICA, a

sovereign entity that governs the United States of America, the

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, an Agency of the United

States of America, that provides healthcare services to eligible

military veterans, and ADAM ALLEN, N.P., a person of the full age

of majority domiciled in Slidell, Louisiana.

1

2.

This is an action against the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. 2671, et seq., and Articles 2315, et seq., of the Louisiana Civil Code, for negligence in connection with an accident in a vehicle owned by THE UNITED STATES OF AMERICA and/or UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, which occurred at the intersection of South Rendon Street and D'Hemecourt Street in New Orleans, Louisiana on April 23, 2019.

3.

Jurisdiction is proper in this Court pursuant to 28 U.S.C. 1346(b)(1).

4.

Venue is proper pursuant to 28 U.S.C. 1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Eastern District of Louisiana.

**Factual Allegations**

5.

On April 23, 2019, complainant, RICHARD THOMAS, was a guest passenger in a 2018 Ford Focus, owned by the UNITED STATES GOVERNMENT, and operated by defendant, ADAM ALLEN, N.P..  As the 2018 Ford Focus traveled Westbound on South Rendon Street in New Orleans, Louisiana,

ADAM ALLEN, N.P., failed to stop at a stop sign facing in his direction at the intersection of South Rendon Street and D'Hemecourt Street. Complainant was a patient of the VA Hospital, who was being transported to a health care facility at the time of the subject accident.

6.

At the same time, Donald Armont was operating a 2005 SAAB 93 automobile Southbound on D'Hemecourt Street in New Orleans, at its intersection of South Rendon Street.

7.

Defendant, ADAM ALLEN, N.P., admitted that he did not see the stop sign facing in his direction, and when he entered the intersection, the 2018 Ford Focus in which he and RICHARD THOMAS were riding was struck by the 2005 SAAB 93, with the 2018 Ford Focus sustaining heavy damage to its left side, its left quarter panel, and left rear tire.

8.

That said defendants are jointly, severally, and solidarily justly and truly indebted unto your petitioner for an amount as is reasonable under the circumstances, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following, to-wit:

9.

All times pertinent hereto defendants, the UNITED STATES OF AMERICA and/or the UNITED STATES DEPARTMENT OF VETERANS AFFAIRS was and is negligent for:

a.  Entrusting its vehicle to an incompetent driver;

b.  Failing to properly instruct drivers in the safe operation of its vehicle(s);

c.   Failing to insure the safety of their patients to and from U.S. Government health care facilities;

d.   Any and all other acts of negligence which may be shown between now and at the time of the trial of this matter.

10.

Complainant avers that prior to and at the time of this subject accident, the UNITED STATES OF AMERICA and/or UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, issued to ADAM ALLEN, N.P., a policy of liability insurance for motor vehicle liability insurance coverage, and that said policy was in full force and effect at the time of the subject accident.

11.

Through the negligence and fault of defendants, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, AND ADAM

4

ALLEN, N.P., jointly, severally, and in solido, complainant, RICHARD
THOMAS sustained personal injuries and other damages.

12.

Complainant, RICHARD THOMAS, alleges that due to the subject
accident, he is entitled to a fair and just award for pain and
suffering, mental anguish and distress, medical expenses, and loss
of enjoyment of life.

13.

Complaint further alleges that, at all times material hereto,
ADAM ALLEN, N.P., the driver of the 2018 Ford Focus owned by the UNITED
STATES OF AMERICA, and/or UNITED STATES DEPARTMENT OF VETERANS
AFFAIRS, was acting in the course and scope of his employment and/or
as their agent.

14.

Defendant, UNITED STATES OF AMERICA and/or UNITED STATES
DEPARTMENT OF VETERANS AFFAIRS, are liable to the complainant
pursuant to 28 U.S.C. 1346(b)(1), vicarious liability, *Respondeat
Superior,* Ostensible Agency and/or Agency.

15.

Complaint alleges that the sole and proximate cause of his
damages herein was the joint and concurrent negligence of all
defendants herein, in the following respects:

5

**A.   ADAM ALLEN, N.P.**

1) Failing to stop at a stop sign facing in his direction;

2) Failing to see what he should have seen;

3) Inattentive operation of a motor vehicle;

4) Failing to insure the safety of his passenger/patient;

5) Exceeding a safe speed for the traffic conditions existing;

6) Failing to look for traffic approaching from an intersection;

7) Other acts and/or omissions discovered during discovery

 and/or at the trial of this matter;


**B. UNITED STATES OF AMERICA and/or UNITED STATES DEPARTMENT OF VETERANS AFFAIRS:**

1) Failing to insure the safety of its patient/passenger;

2) Failing to properly train Adam Allen on the safe transport

of patient/passengers;

3) Failing to instruct their drivers on the safe operation of

their motor vehicles;

4) Allowing a non-trained driver to transport their

patient/passenger, Richard Thomas;

5) Liability pursuant to 28 U.S.C. 1346(b)(1), vicarious

liability, *respondeat superior,* ostensible agency and/or

agency;

6

6) Other acts and/or omissions discovered during discovery and/or at the trial of this matter;

12.

Because of the aforementioned incidents, and as a direct and proximate cause thereof, Mr. Thomas sustained a concussion, herniated discs at L1-2 and L5-S1 of the lumbar spine, with facet athroses from L1-S1 in his lumbar spine, nerve root impingement from L3-L5 in his lumbar spine, herniated cervical discs at the C3-4, C6-7, and C7-T1 levels with facet arthroses from C2-C6, an aggravation of a pre-existing hip condition, which required hip replacement surgery, aggravation to his pre-existing seizure condition, cervicalgia, lower back pain, muscle spasm, acute pain due to trauma, sprains to the ligaments of both his cervical and lumbar spine, and post-traumatic headaches, along with great mental anguish and emotional stress and strain.

13.

Your COMPLAINANT itemizes his damages as follows:

a.)  Past, present, and future medical expenses;

b.)  Past, present and future pain and suffering;

c.)  Emotional stress and strain and mental anguish;

d.)  Loss of enjoyment of life;

e.)  Permanent residual disability;

7

f.)  Other damages to be shown in discovery and at trial.

15.

Complainant averred amicable demand upon defendants to no avail, receiving a right to sue letter on March 9, 2020.

16.

The acts and omissions set forth above constitute a claim under the law of the State of Louisiana.

17.

At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents and staff, acted within their respective capacities and scopes of employment for defendants UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS.

18.

The directors, officers, operators, administrators, employees, agents and staff, negligently and/or recklessly, directly and proximately caused person injury and damage to RICHARD THOMAS, due to both their acts and omissions.

19.

As a direct and proximate cause of the defendants' negligence, RICHARD THOMAS sustained serious personal injuries to his body; he has incurred medical expenses and other damages; and he was forced

8

to endure pain, suffering and mental anguish.

20.

At all times pertinent hereto, THE UNITED STATES OF AMERICA and/or UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, issued a policy of motor vehicle liability insurance, to ADAM ALLEN, N.P., which was in full force and effect at the time of the subject accident.

**PRAYER FOR RELIEF**

WHEREFORE, complainant prays that a copy of this Complaint, and accompanying citation, be served upon each defendant herein (UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and ADAM ALLEN, N.P.); that they be duly cited to appear and answer same, and that, after all legal delays and due proceedings had, that there be judgment herein in favor of complainant, and against defendants, jointly, severally, and **in solido**, for an amount as is reasonable under the circumstances, together with legal interest thereon from the date of ***administrative*** demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

/s/ Darleen M. Jacobs_____
DARLEEN M. JACOBS, BAR NO. 7208
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155
COUNSEL for Complainant

9

**PLEASE SERVE DEFENDANTS**
**AS FOLLOWS:**

**UNITED STATES OF AMERICA,** through
HON. PETER G. STRASSER
JUSTICE DEPARTMENT
U.S. ATTORNEY'S OFFICE- EASTERN DISTRICT OF LOUISIANA
650 POYDRAS STREET, SUITE 1600
NEW ORLEANS, LA.  70130

AND

HON. MATTHEW WHITAKER
ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC. 20530-0001

**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,** through
HON. ROBERT WILKIE
SECRETARY OF VETERANS AFFAIRS
810 VERMONT AVENUE, NW
WASHINGTON, DC. 20420

**ADAM ALLEN, N.P.**
2958 COLLEGE STREET
SLIDELL, LA.  70458